**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____   Chapter   **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Kuehl Companies, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-4222947** |
| 4. | Debtor's address | **Principal place of business**<br><br>**452 Pheasant Chase Dr.**<br>**Bolingbrook, IL 60490**<br>Number, Street, City, State & ZIP Code<br><br>**Will**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | _____ |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Kuehl Companies, LLC** _____ Case number (*if known*) _____
  Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check all that apply:*

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____   When _____   Case number _____
   District _____   When _____   Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____                            Relationship _____
    District _____   When _____   Case number, if known _____

Debtor  **Kuehl Companies, LLC**    Case number (*if known*) _____
          Name

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|
| | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No |
|---|---|
| | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?** _____ |
| | Number, Street, City, State & ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes.  Insurance agency _____ |
| |         Contact name _____ |
| |         Phone _____ |

**Statistical and administrative information**

| 13. Debtor's estimation of available funds | . | *Check one:* |
|---|---|---|
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated Assets | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☒ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **Kuehl Companies, LLC**
_____Name_____

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 10, 2021**
MM / DD / YYYY

X  /s/ James Kuehl
Signature of authorized representative of debtor

James Kuehl
Printed name

Title  Owner

**18. Signature of attorney**

X  /s/ John J Lynch
Signature of attorney for debtor

Date  **March 10, 2021**
MM / DD / YYYY

**John J Lynch 6270193**
Printed name

**Lynch Law LLC**
Firm name

**300 E 5th Ave, Suite 365**
**Naperville, IL 60563**
Number, Street, City, State & ZIP Code

Contact phone  **630-960-4700**      Email address  **JLynch@Lynch4Law.Com**

**6270193 IL**
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Fill in this information to identify the case:
Debtor name: Kuehl Companies, LLC
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Avenza Capital<br>The Avenza Group LLC<br>3974 Amboy Road, Ste. 306<br>Staten Island, NY 10308 | 212-457-1573 | MCA Cash Advance Loan | Unliquidated | $166,793.00 | $0.00 | Unknown |
| Crystal Springs Capital<br>85-41 Abingdon Road<br>Kew Gardens, NY 11415 | 310-895-6747 | MCA Cash Advance Loan | Unliquidated | $90,000.00 | $0.00 | Unknown |
| Day to Day Funding<br>461 Van Brunt Street<br>Brooklyn, NY 11231 | 718-564-6268 | MCA Cash Advance Loan | Unliquidated | $326,000.00 | $0.00 | Unknown |
| Everyday Funding<br>5018 Express Drive South<br>Ronkonkoma, NY 11779 | 631-343-8700 | MCA Cash Advance Loan | Unliquidated | $122,656.00 | $0.00 | Unknown |
| IBEX Funding Group, LLC<br>PO Box 605<br>New York, NY 10038 | 212-913-0217 | MCA Cash Advance Loan | Unliquidated | $211,000.00 | $0.00 | Unknown |

Avenza Capital
The Avenza Group LLC
3974 Amboy Road, Ste. 306
Staten Island, NY 10308


Blue Cross Blue Shield
225 North Michigan Ave
Chicago, IL 60601


Crystal Springs Capital
85-41 Abingdon Road
Kew Gardens, NY 11415


Day to Day Funding
461 Van Brunt Street
Brooklyn, NY 11231


Everyday Funding
5018 Express Drive South
Ronkonkoma, NY 11779


Feece Oil Company
517 Twin Rail Drive
Minooka, IL 60447


Fleetone
2054 Nashville Pike
TN 37006


IBEX Funding Group, LLC
PO Box 605
New York, NY 10038


ILOCA Services
9S104 South Frontenac
Aurora, IL 60504


IPASS
2700 Ogden Ave
Downers Grove, IL 60515


Paychex of New York
East 9th Street
New York, NY 10009

Penske Leasing
1222 Naperville Drive
Romeoville, IL 60446


Peoplease, LLC
210 Wingo Way
Mount Pleasant, SC 29464


Peterbilt
558 Villaume Avenue
South Saint Paul, MN 55075


Peters Rentals
1620 South Hastings Way
Eau Claire, WI 54701


Quaid and Sons Refrigeration
200 Hastings Ave
Saint Paul Park, MN 55071


West Bend Insurance
1900 South 18th Avenue
West Bend, WI 53095

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| KUEHL COMPANIES, LLC | ) | |
| | ) | Case No.: 21- |
| Debtor | ) | |
| | ) | |

## STATEMENT PURSUANT TO 11 U.S. CODE § 1116 (1)(B)

I, James Kuehl hereby state and affirm as follows:

1. There are no balance sheet, cash-flow statement of operations, or cash flow statement has been prepared and no Federal tax return has been filed.

Further the Affiant sayeth naught.

DocuSigned by:
James Kuehl
3/16/2021 | 12:42 PM PDT

Subscribed and Sworn to before me this _____.

_____
Notary Public

John J. Lynch
Lynch Law LLC
300 E 5th Avenue, Ste. 365
Naperville, Il 60563
Atty No.: 6270193

# United States Bankruptcy Court
## Northern District of Illinois

In re __Kuehl Companies, LLC__                                    Case No. _____
                                Debtor(s)                          Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Kuehl Companies, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **March 10, 2021** | **/s/ John J Lynch** |
| Date | **John J Lynch 6270193** |
| | Signature of Attorney or Litigant |
| | Counsel for __Kuehl Companies, LLC__ |
| | **Lynch Law LLC** |
| | **300 E 5th Ave, Suite 365** |
| | **Naperville, IL 60563** |
| | **630-960-4700 Fax:630-324-7131** |
| | **JLynch@Lynch4Law.Com** |