**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| **Kuehl Companies, LLC** | ) | **Case No. 21-03411** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | **Honorable A. Benjamin Goldgar** |

**EMERGENCY MOTION FOR AUTHORITY TO PAY PREPETITION
PAYROLL AND COMMISSIONS, EMPLOYEE AND RELATED EXPENSES
AND TO SHORTEN REQUIRED NOTICE PERIOD**

Kuehl Companies, LLC, debtor-in-possession herein ("Debtor"), moves the Court

pursuant to 11 U.S.C. §§ 105(a) and 507 for authority to pay prepetition compensation, payroll

taxes, employee benefits and related expenses.

## I. BACKGROUND

The Debtor commenced its Chapter 11 case on March 16, 2021 as Case Number 21-

03411. The Debtor is operating its business and managing its affairs as a debtor-in-possession

under 11 U.S.C. §§ 1107 and 1108. A detailed discussion of the Debtor's business operations is

attached to this Motion.

## II. RELIEF REQUESTED

The Debtor requests entry of an order, pursuant to 11 U.S.C. §§ 105(a), and 507(a),

authorizing (a) the Debtor to pay prepetition wages, salaries, health benefits, and other benefits

which the Debtor pays to its full-time and part-time employees (collectively, "Employees") in

the ordinary course of its business, and to continue to honor its prepetition practices, programs

and policies with respect to the Employees (collectively, "Prepetition Employee Obligations"),

and (b) the Debtor's banks and other financial institutions to process, honor, and pay checks or

electronic transfers issued by the Debtor and to honor prepetition transfers made by the Debtor in connection with the foregoing.

The Debtor is also requesting that the required notice period be shortened due to the need for the payment of the prepetition employee wages to be disbursed in a timely manner. The required notice period, if imposed, will cause a hardship on the employees.

### III. PREPETITION WAGES

**A. Employees**

The Debtor currently has approximately 70 Employees. Payroll Register Attached as Exhibit "A". The Debtor has incurred costs and obligations with respect to the Employees that remain unpaid as of the Petition Date because they accrued, either in whole or in part, prior to the Petition Date. The Debtor seeks to pay its prepetition obligations to the Employees with respect to such costs and obligations.

**1. Wages and Commissions**

The Debtor pays wages and salaries to the Employees on a bi-weekly basis. The Debtor's aggregate gross payroll for all of the Employees is approximately $55,275.00. It is critical to the continuation of the Debtor's operations, and to the Debtor's smooth transition into Chapter 11 that payments to its Employees are made in a timely manner. In light of the foregoing, the Debtor seeks authority to pay its Payroll Obligations for work performed prior to the Petition Date for the payroll scheduled for March 1, 2021 in accordance with its ordinary prepetition practices. No employee is owed more than $5,000.00 for prepetition wages.

**2. Health and Welfare Benefits**

The Debtor sponsors benefit plans for the Employees, including medical, dental, vision, disability, and life insurance plans (collectively, the "Benefit Plan Obligations"). The Debtor

pays approximately $2,000.00 per month pursuant to a variety of contracts with third-party

insurance administrators to cover the health and welfare benefits of its Employees, which

amount includes both the Employee and the Debtor (as employer) portions of the Benefit Plan

Obligations. The Employee portions of the Benefit Plan Obligations are funds withheld from

the Employees by the Debtor and remitted to various third-party insurance administrators.

### 3.  Reimbursable Business Expenses

In the ordinary course of its business, the Debtor reimburses Employees for expenses

incurred in the scope of their employment. The Debtor also directly reimburses third-party

credit card providers for expenses incurred by Employees. The Debtor pays on average

approximately $2,200.00 per month in connection with expenses incurred by the Employees

relating to business-related travel expenses, business meals, car rentals, and a variety of other

miscellaneous business expenses (collectively, "Reimbursable Expenses"). All of such

expenses are incurred by Employees on the Debtor's behalf in connection with employment by

the Debtor and in reliance upon the Debtor's reimbursement policy.

### 4.  Withheld Amounts Including Taxes

The Debtor is required by law to withhold from the Employees' wages amounts related

to federal income taxes, and social security and Medicare taxes (collectively, "Trust Fund

Taxes") and to remit the same to the appropriate taxing authorities ("Taxing Authorities"). The

Debtor is required to match from its own funds the social security and Medicare taxes and pay,

based on a percentage of gross payroll, additional amounts of unemployment insurance

(collectively, "Employer Payroll Taxes," and, together with the Trust Funds Taxes, "Payroll

Taxes") and to remit the Payroll Taxes to the Taxing Authorities. The Debtor estimates that, on

a bi-weekly basis, it remits a total of approximately $6,000.00 including both Employer Payroll

Taxes and Trust Funds Taxes to the Taxing Authorities.

## IV. BASIS FOR RELIEF

The Debtor requests that the Court authorize, but not require, the Debtor (a) to pay, in

its sole discretion, the Prepetition Employee Obligations, including, but not limited to, the

Payroll Obligations, the Benefit Plan Obligations, the Reimbursable Expenses, the Employer

Payroll Taxes, the Trust Funds Taxes, and all costs incident to the foregoing, and (b) to

continue to honor its practices, programs, and policies with respect to the Employees that were

in effect as of the Petition Date.

To ensure that the Employees receive the payments to which they are entitled pursuant to

any order approving this motion, the Debtor also seeks authorization to allow its banks and other

financial institutions (collectively, the "Banks") to process, honor, and pay checks or electronic

transfers issued by the Debtor to honor prepetition transfers made by the Debtor in connection

with the Prepetition Employee Obligations.

The post-petition stability of the Debtor's workforce is integrally tied to the Debtor's

ability to continue to honor the Prepetition Employee Obligations. Any delay in payments to

Employees will impact the Debtor's relationship with essential workers and may irreparably

harm employee morale, dedication, confidence and cooperation. The support and efforts of the

Debtor's workforce during the pendency of the Debtor's Chapter 11 case is critical to the

Debtor's successful reorganization. At this early stage, the Debtor cannot risk losing its critical

personnel or suffering the substantial damage to its business that would inevitably result from

any decline in employee morale.

In addition, for the Employees, the payments received from the Debtor are needed to enable the Employees to meet their own financial obligations. As a result, absent an order granting the relief requested in this Motion, the Employees and their families are likely to suffer personal hardship and, in many instances, serious financial difficulties.

WHEREFORE, the Debtor requests that the Court enter an order: (1) authorizing the Debtor to pay the Prepetition Employee Obligations; (2) authorizing the Banks to process, honor, and pay checks or electronic transfers issued by the Debtor and to honor prepetition transfers made by the Debtor in connection with the foregoing and (3) to waive the Required Notice Period.

DATED this 17th day of March, 2021.

Respectfully Submitted,
Kuehl Companies, LLC

\s\   John J. Lynch
By: John J Lynch,
Debtor's Proposed Attorney

John J. Lynch (No. 6270193)
Lynch Law LLC
300 E. 5th Avenue, Suite 365
Naperville, IL 60563
Phone: (630) 960-4700

# Exhibit "A"

# CASH REQUIREMENTS

**0052 1209-6067** Kuehl Companies LLC

CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE **03/19/21: $27,390.67**

**IMPORTANT COVID-19 INFORMATION: If you filed IRS Form 7200, please notify your Paychex representative to avoid owing a balance at the end of the quarter and ensure your Form 941 is accurate.**

## TRANSACTION SUMMARY

| SUMMARY BY TRANSACTION TYPE - | | |
|---|---|---|
| TOTAL WIRE FUNDS TRANSFER | | 27,390.67 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | | 27,390.67 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | | 1,410.45 |
| CASH REQUIRED FOR CHECK DATE 03/19/21 | | 28,801.12 |

## TRANSACTION DETAIL

**WIRE FUNDS TRANSFER** - *You must initiate transfer to Paychex on the same banking day as the transaction date*

| TRANS. DATE | BANK NAME          ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|
| 03/17/21 | Refer to your Paychex Initiated wire authorization | Direct Deposit | Net Pay Allocations | 27,390.67 | |
| | | | **WIRE FUNDS TRANSFER FOR 03/17/21** | | **27,390.67** |
| | | | **TOTAL WIRE FUNDS TRANSFER** | | **27,390.67** |

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** - *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME          ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|
| 03/19/21 | Refer to your records for account Information | Payroll | Employee Deductions | | |
| | | | Fuel | 1,410.45 | |
| | | | **Total Deductions** | 1,410.45 | |
| | | | **TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** | | **1,410.45** |

**0052 1209-6067** Kuehl Companies LLC
Run Date 03/16/21  12:21 PM

Period Start - End Date     03/10/21 - 03/16/21
Check Date                  03/19/21

Cash Requirements
Page 1 of 2
CASHREQ

**PAYCHEX**
**0052 1209-6067**  Kuehl Companies LLC

# INSTRUCTIONS FOR WIRING FUNDS

You are required to initiate a wire transfer to Paychex on 03/17/2021.  The following instructions will assist you in ensuring the accuracy and timeliness of your transfer.

1. Contact your financial institution to initiate a wire transfer and provide them with the following information:

<table>
<tr><td colspan="2" align="center"><strong>Wire Transfer Information</strong></td></tr>
<tr><td><strong>Our Bank Name:</strong></td><td>JPMorgan Chase</td></tr>
<tr><td><strong>Our Bank Address:</strong></td><td>1 Chase Manhattan Plaza<br>New York, NY 10081-New York</td></tr>
<tr><td><strong>Our Bank R&T Number:</strong></td><td>021000021</td></tr>
<tr><td><strong>Our Bank Account Name:</strong></td><td>Paychex, Inc.</td></tr>
<tr><td><strong>Our Bank Account Number:</strong></td><td>512068399</td></tr>
<tr><td><strong>Your Paychex Client Name:</strong></td><td>Kuehl Companies LLC</td></tr>
<tr><td><strong>Your Paychex Client Number:</strong></td><td>12096067</td></tr>
<tr><td colspan="2"><strong>Note:</strong> Your Paychex Client Number <strong>must be recorded in ####-####-### format</strong> in the wire "Payment Detail Field" or "Beneficiary Reference Fund".</td></tr>
<tr><td><strong>WIRE TRANSFER AMOUNT:</strong></td><td>$27,390.67</td></tr>
</table>

2. Once the wire transfer has been initiated, obtain the "Fed Wire Confirmation Number" from your financial institution.  In the event of an unsuccessful transfer, we may ask you for this number for assistance in researching the cause.

3. If you have questions, contact Paychex HRS Financial Operations at (877) 838-7950, option 10.

**0052 1209-6067**  Kuehl Companies LLC
Run Date 03/16/21  12:21 PM

Period Start - End Date    03/10/21 - 03/16/21
Check Date    03/19/21

Cash Requirements
Page 2 of 2
CASHREQ

## John J Lynch

| | |
|---|---|
| **From:** | Jim Kuehl <jim@kuehlcompanies.com> |
| **Sent:** | Wednesday, March 17, 2021 10:25 AM |
| **To:** | John J Lynch |
| **Subject:** | Fwd: Payroll Approval needed (KUEHL COMPANIES, LLC) |

---------- Forwarded message ---------
From: **Shelly Pietrzak** <spietrzak@kuehlcompanies.com>
Date: Wed, Mar 17, 2021 at 11:23 AM
Subject: Fwd: Payroll Approval needed (KUEHL COMPANIES, LLC)
To: Jim Kuehl <jim@kuehlcompanies.com>

---------- Forwarded message ---------
From: <help@peoplease.com>
Date: Tue, Mar 16, 2021 at 12:37 PM
Subject: Payroll Approval needed (KUEHL COMPANIES, LLC)
To: <spietrzak@kuehlcompanies.com>

**Payroll 202111, dated 03-19-2021 for KUEHL COMPANIES, LLC (3447) is ready for your approval.**
https://ppl.prismhr.com/ppl?a=ap&c=3447&bkey=NUYEeFHR6YL955944499

```
KUEHL COMPANIES, LLC                     Invoice 202111-INIT
12961 40th Ave
                                         Date 03/19/2021
Chippewa Falls, WI 54729-

         For the Pay Period Ending 03-12-2021
              Control Number 202111-3447
                        --

        GROSS WAGES                             7,736.84
        LEASING FEE                             1,522.60
        FUTA                                        3.52
        SUTA                                      318.79
        Other: CLIENT DENTAL                      -12.20
        Other: CLIENT MEDICAL                    -214.00
        Other: CLIENT VISION                       -2.81
                                              ----------
        SUB-TOTAL DRIVER.IL.7219 - DRIVER       9,352.74

        GROSS WAGES                            25,955.87
        LEASING FEE                             4,415.09
        FUTA                                       17.20
        SUTA                                     1,322.34
        EXPENSE REIMBURSEMENT                       60.00
        Other: CLIENT DENTAL                       -7.77
        Other: CLIENT MEDICAL                    -193.27
        Other: CLIENT VISION                       -4.17
```

1

```
Other: CLIENT DEDUCTIONS                          -300.00
                                               ----------
SUB-TOTAL DRIVER.WI.7219 - DRIVER               31,265.29


GROSS WAGES                                      2,214.30
LEASING FEE                                        435.77
SUTA                                               149.46
Other: CLIENT DEDUCTIONS                          -100.00
                                               ----------
SUB-TOTAL MECHANIC.IL.7219 - MECHANIC            2,699.53


GROSS WAGES                                      1,552.00
LEASING FEE                                        263.99
FUTA                                                 3.25
SUTA                                               112.09
```

Page-Break---------------------------------------------------------

```
KUEHL COMPANIES, LLC                      Invoice 202111-INIT
12961 40th Ave
                                          Date 03/19/2021
Chippewa Falls, WI 54729-


                                          Page 2
            For the Pay Period Ending 03-12-2021
               Control Number 202111-3447
                      --


Other: CLIENT DENTAL                                -1.11
Other: CLIENT MEDICAL                              -27.61
Other: CLIENT VISION                                -0.34
                                               ----------
SUB-TOTAL MECHANIC.WI.7219 - MECHANIC            1,902.27


GROSS WAGES                                      1,057.69
LEASING FEE                                         99.42
                                               ----------
SUB-TOTAL OFCDISPATCH.FL.8810 - OFCDI            1,157.11


GROSS WAGES                                        769.23
LEASING FEE                                         72.62
FUTA                                                 1.43
SUTA                                                10.96
Other: CLIENT DENTAL                                -1.11
Other: CLIENT MEDICAL                              -27.61
Other: CLIENT VISION                                -0.34
                                               ----------
SUB-TOTAL OFCDISPATCH.IA.8810 - OFCDI              825.18


GROSS WAGES                                      1,286.54
LEASING FEE                                        120.42
SUTA                                                86.48
                                               ----------
SUB-TOTAL OFCDISPATCH.IL.8810 - OFCDI            1,493.44


GROSS WAGES                                      1,650.00
LEASING FEE                                        154.61
SUTA                                               156.09
Other: CLIENT DENTAL                                -1.11
Other: CLIENT MEDICAL                              -27.61
Other: CLIENT VISION                                -0.34
```

2

Page-Break------------------------------------------------------------

KUEHL COMPANIES, LLC                        Invoice 202111-INIT
12961 40th Ave
                                            Date 03/19/2021
Chippewa Falls, WI 54729-

                                            Page 3
        For the Pay Period Ending 03-12-2021
            Control Number 202111-3447
                    --

                                                    ----------
    SUB-TOTAL OFCDISPATCH.MN.8810 - OFCDI            1,931.64

    GROSS WAGES                                      3,275.00
    LEASING FEE                                        308.18
    SUTA                                                99.06
    Other: CLIENT DENTAL                              -18.11
    Other: CLIENT MEDICAL                            -186.39
    Other: CLIENT VISION                               -4.17
                                                    ----------
    SUB-TOTAL OFCDISPATCH.WI.8810 - OFCDI            3,473.57

    GROSS WAGES                                        727.00
    LEASING FEE                                         68.27
    FUTA                                                 2.22
    SUTA                                                58.76
    Other: CLIENT DENTAL                               -1.11
    Other: CLIENT VISION                               -0.34
                                                    ----------
    SUB-TOTAL OFFICE.GA.8810 - OFFICE                  854.80

    GROSS WAGES                                        272.50
    LEASING FEE                                         25.64
    FUTA                                                 1.64
    SUTA                                                20.06
                                                    ----------
    SUB-TOTAL OFFICE.WI.8810 - OFFICE                  319.84

                                                    ----------
        TOTAL INVOICE                               55,275.41


Page-Break------------------------------------------------------------

KUEHL COMPANIES, LLC                        Invoice 202111-INIT
12961 40th Ave
                                            Date 03/19/2021
Chippewa Falls, WI 54729-

                                            Page 4
        For the Pay Period Ending 03-12-2021
            Control Number 202111-3447
                    --

    GROSS WAGES                                     46,496.97
    LEASING FEE                                      7,486.61
    FUTA                                                29.26
    SUTA                                             2,334.09

                        3

```
EXPENSE REIMBURSEMENT                              60.00
Other: CLIENT DENTAL                              -42.52
Other: CLIENT MEDICAL                            -676.49
Other: CLIENT VISION                              -12.51
Other: CLIENT DEDUCTIONS                         -400.00
                                            -----------
       TOTAL INVOICE SUMMARY                   55,275.41
```

--

**Shelly Pietrzak - Owner**

**KT**

**Kuehl Trucking LLC**
**KT Logistics LLC**
phone: 715-403-5599 x 118
cell:  630-605-6998
fax: 715-403-5598